# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO.: 3:14-CR-135-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>GUSTAVO ADOLFO CARACHURE,<br>Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** upon Defendant's "Motion To File Under Seal – Motion To Compel" (Document No. 132) filed September 22, 2015. Having carefully considered the motion and the record, and applicable authority, the undersigned will grant the motion.

**IT IS THEREFORE ORDERED** that Defendant's "Motion To File Under Seal – Motion To Compel" (Document No. 132) is **GRANTED**.

**SO ORDERED**.

Signed: September 23, 2015

David C. Keesler
United States Magistrate Judge