IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CR-00135-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| GUSTAVO ADOLFO CARACHURE | ) |
| | ) |

**THIS MATTER** is before the Court on the defendant's motion, (Doc. No. 171) to seal that motion and a forthcoming motion seeking funds for counsel to meet with the defendant.

For the reasons stated in the motion, the Court finds the defendant has established a compelling interest to seal the forthcoming motion. <u>In re Time, Inc., et al.</u>, 182 F.3d 270, 271-272 (4th Cir. 1999). However, the instant motion should not be sealed to provide the public notice regarding proceedings in the case. L. Cr. R. 49.1.1(d).

**IT IS, THEREFORE, ORDERED** that, pursuant to L. Cv. R. 6.1 and L. Cr. R. 32.5(d) and 49.1.1 the defendant's motion, (Doc. No. 171), is **GRANTED in part and DENIED in part**. The defendant may file the forthcoming Motion for Authorization under seal, but the Motion to Seal, (Doc. No. 171), shall remain unsealed.

Signed: June 13, 2018

Robert J. Conrad, Jr.
United States District Judge